■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LEHMAN et al., Appellants.— Motion by respondent to dismiss appeals denied. Cross motion by appellants to enlarge their time to perfect the appeals granted; time enlarged to the November Term, beginning October 30, 1961. Cross motion by appellants to dispense with printing denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL WEBSTER MUNGO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Morris Mirsky, Esq., 161-19 Jamaica Avenue, Jamaica 32, New York, having consented to serve, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GEORGE NEWCOMBE, Appellant.— Motion by appellant for leave to appeal as a poor person granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Frank J. Mack, Esq., 6 Bayview Avenue, Northport, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.